## (September 21, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEGRON

DIAZ, Appellant.—Motion for reargument granted and upon reargument this court adheres to its original decision as contained in the order of this court entered on July 13, 1978. [64 AD2d 872.] Concur—Murphy, P. J., Kupferman, Birns, Evans and Sullivan, JJ.